JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL FLORES,<br><br>          Plaintiff,<br><br>     v.<br><br>THE NEIMAN MARCUS GROUP, INC. RETIREMENT PLAN, and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.:  CV-13-01091-RSWL-AJW<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

///

///

///

Based upon the stipulation of the Parties, the Complaint filed by Plaintiff Raphael Flores against Defendant The Neiman Marcus Group, Inc. Retirement Plan is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party further agrees to bear its own costs and attorneys' fees in connection with this action. **IT IS SO ORDERED.**

DATED: May 22, 2013

_RONALD S.W. LEW_____
Honorable Ronald S. W. Lew
Senior, U.S. District Court Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1